## William J. Popp, Appellee, v. Terminal Railroad Association of St. Louis, Appellant.

Heard in this court at October term, 1942; opinion filed November 25, 1942. Kramer, Campbell, Costello & Wiechert and Norman J. Gundlach, for appellant;

Carleton S. Hadley, Walter N. Davis and Arnot L. Sheppard, of counsel; Mark D. Eagleton, Roberts P. Elam and McGlynn & McGlynn, for appellee. Opinion by JUSTICE BRISTOW. "Not to be published in full."